IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD., on behalf of itself and all others similarly situated,<br><br>                          Plaintiff,<br><br>- against –<br><br>BARCLAYS BANK PLC, COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., DEUTSCHE BANK AG, LLOYDS BANKING GROUP PLC, THE ROYAL BANK OF SCOTLAND PLC, UBS AG, AND JOHN DOE NOS. 1-50,<br><br>                          Defendants. | Docket No. 15-cv-3538 (VSB)<br>ECF Case |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for Plaintiff SONTERRA CAPITAL MASTER FUND, LTD. in this action. I certify that I am admitted to practice in this Court.

Dated: May 29, 2015

                                                        LOWEY DANNENBERG COHEN & HART, P.C.

                                                        Respectfully submitted,

                                                        By:   /s Sitso Bediako
                                                                Sitso Bediako
                                                                White Plains Plaza, Suite 509
                                                                One North Broadway
                                                                White Plains, NY 10601-1714
                                                                Telephone: 914-997-0500
                                                                Facsimile: 914-997-0035
                                                                Email: sbediako@lowey.com

                                                        *Attorney for Plaintiff Sonterra Capital Master Fund, Ltd.*