UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

SONTERRA CAPITAL MASTER FUND, LTD., on behalf of itself and all others similarly situated,

                Plaintiff,

- *against* -

BARCLAYS BANK PLC, COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., DEUTSCHE BANK AG, LLOYDS BANKING GROUP PLC, THE ROYAL BANK OF SCOTLAND PLC, UBS AG, AND JOHN DOE NOS. 1-50,

                Defendants.

Docket No. 15-cv-3538 (VSB)

---

### NOTICE OF PLAINTIFF'S MOTION FOR APPOINTMENT OF LOWEY DANNENBERG COHEN & HART, P.C. AND LOVELL STEWART HALEBIAN JACOBSON LLP AS INTERIM CLASS COUNSEL

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 23(g)(3) and upon the accompanying Memorandum of Law in Support of Motion for Appointment of Lowey Dannenberg Cohen & Hart, P.C. and Lovell Stewart Halebian Jacobson LLP as Interim Class Counsel and the prior pleadings and proceedings in this action, Plaintiff Sonterra Capital Master Fund Ltd., through its undersigned counsel, hereby moves this Court, before the Honorable Vernon S. Broderick, United States District Judge, at the United States District Court, Southern District of New York, 40 Foley Square, New York, New York, at a date and time to be set by the Court, for an order appointing interim class counsel.

Dated:  June 10, 2015

                    Respectfully submitted,

**LOWEY DANNENBERG COHEN
& HART, P.C.**

By: */s/ Geoffrey M. Horn*
Geoffrey M. Horn
Vincent Briganti
Peter St. Phillip
1 North Broadway, 5th Floor
White Plains, NY 10601
Tel.: (914) 997-0500
Fax: (914) 997-0035
Email: ghorn@lowey.com
       vbriganti@lowey.com
       pstphillip@lowey.com

**LOVELL STEWART HALEBIAN
JACOBSON LLP**

By: */s/ Christopher Lovell*
Christopher Lovell
61 Broadway, Suite 501
New York, NY 10006
(212) 608-1900
(212) 719-4677 (fax)

*Counsel for Plaintiff and Proposed Interim Class Counsel*