UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD., on behalf of itself and all others similarly situated,<br><br>      Plaintiff,<br><br>    - *against* -<br><br>BARCLAYS BANK PLC, COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., DEUTSCHE BANK AG, LLOYDS BANKING GROUP PLC, THE ROYAL BANK OF SCOTLAND PLC, UBS AG, AND JOHN DOE NOS. 1-50,<br><br>      Defendants. | Docket No. 15-cv-3538 (VSB) |

## CERTIFICATE OF SERVICE

  I hereby certify that on June 10, 2015, a copy of Plaintiff Sonterra Capital Master Fund Ltd.'s Notice of Motion and Memorandum of Law in Support of Motion for Appointment of Lowey Dannenberg Cohen & Hart, P.C. and Lovell Stewart Halebian Jacobson LLP as Interim Class Counsel was served via email upon all counsel for defendants as follows:

| | |
|---|---|
| Fraser L. Hunter, Jr.<br>David S. Lesser<br>Jamie S. Dycus<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>250 Greenwich Street<br>New York, New York 10007<br>fraser.hunter@wilmerhale.com<br>david.lesser@wilmerhale.com<br>jamie.dycus@wilmerhale.com<br><br>*Attorneys for Defendant The Royal Bank of Scotland plc* | Moses Silverman<br>Andrew C. Finch<br>Jessica Brach<br>Noam Lerer<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, New York 10019<br>msilverman@paulweiss.com<br>afinch@paulweiss.com<br>jbrach@paulweiss.com<br>nlerer@paulweiss.com<br><br>*Attorneys for Defendant Deutsche Bank AG* |

| | |
|---|---|
| Marc J. Gottridge<br>Lisa J. Fried<br>HOGAN LOVELLS US LLP<br>875 Third Avenue<br>New York, New York 10022<br>marc.gottridge@hoganlovells.com<br>lisa.fried@hoganlovells.com<br><br>*Attorneys for Defendant Lloyds Banking Group plc* | Peter Sullivan<br>Lawrence J. Zweifach<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park A venue<br>New York, New York 10166-0193<br>psullivan@gibsondunn.com<br>lzweifach@gibsondunn.com<br><br>*Attorneys for Defendant UBS AG* |
| David R. Gelfand<br>Sean M. Murphy<br>MILBANK TWEED HADLEY & McCLOY LLP<br>One Chase Manhattan Plaza<br>New York, New York 10005<br>dgelfand@milbank.com<br>smurphy@milbank.com<br><br>*Attorneys for Defendant Cooperatieve Centrale Raiffeisen-Boerenleenbank B.A.* | David H. Braff<br>Yvonne S. Quinn<br>Jeffrey T. Scott<br>Matthew J. Porpora<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br>braffd@sullcrom.com<br>quinny@sullcrom.com<br>scottj@sullcrom.com<br>porporam@sullcrom.com<br><br>Jonathan D. Schiller<br>Leigh M. Nathanson<br>BOIES, SCHILLER & FLEXNER LLP<br>575 Lexington Avenue<br>New York, New York 10022<br>jschiller@bsfllp.com<br>lnathanson@bsfllp.com<br><br>Michael A. Brille<br>5301 Wisconsin Avenue NW<br>Washington, D.C. 20015<br>mbrille@bsfllp.com<br><br>*Attorneys for Defendant Barclays Bank plc* |

Dated: June 10, 2015

/s/ Sitso W. Bediako
Sitso W. Bediako
**LOWEY DANNENBERG COHEN**
   **& HART, P.C.**
1 North Broadway, 5th Floor
White Plains, NY 10601
Tel.: (914) 997-0500
Fax: (914) 997-0035
E-mail:  sbediako@lowey.com

*Counsel for Plaintiff and Proposed Interim Class Counsel*

5