UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD., on behalf of itself and all others similarly situated,<br><br>                              Plaintiff,<br><br>                    - *against* -<br><br>BARCLAYS BANK PLC, COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., DEUTSCHE BANK AG, LLOYDS BANKING GROUP PLC, THE ROYAL BANK OF SCOTLAND PLC, UBS AG, AND JOHN DOE NOS. 1-50,<br><br>                              Defendants. | Docket No. 15-cv-3538 (VSB) |

## NOTICE OF APPEARANCE

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD**:

**PLEASE TAKE NOTICE** that Christopher Lovell respectfully enters his appearance as counsel for Sonterra Capital Master Fund, Ltd. in the above-entitled action.

Dated: June 16, 2015

                              Respectfully submitted,

                              **LOVELL STEWART HALEBIAN JACOBSON LLP**

                              */s/ Christopher Lovell*
                              Christopher Lovell
                              clovell@lshllp.com
                              61 Broadway, Suite 501
                              New York, New York 10006
                              Telephone:     (212) 608-1900
                              Facsimile:     (212) 719-4775