UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD., on behalf of itself and all others similarly situated,<br><br>                         Plaintiff,<br><br>      - against -<br><br>BARCLAYS BANK PLC, COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., DEUTSCHE BANK AG, LLOYDS BANKING GROUP PLC, THE ROYAL BANK OF SCOTLAND PLC, UBS AG, AND JOHN DOE NOS. 1-50,<br><br>                         Defendants. | No. 15-cv-3538 (VSB)<br><br>**NOTICE OF APPEARANCE** |

        PLEASE TAKE NOTICE that the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Deutsche Bank AG, defendant in the above-captioned action.

Dated:   New York, New York
             June 30, 2015

            Respectfully submitted,

            PAUL, WEISS, RIFKIND, WHARTON &
              GARRISON LLP

            By:  /s/ Moses Silverman
                  Moses Silverman
                  msilverman@paulweiss.com

            1285 Avenue of the Americas
            New York, New York 10019-6064
            Tel.:    (212) 373-3355
            Fax:   (212) 492-0355

            *Counsel for Defendant Deutsche Bank AG*