UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD., on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br> - against -<br><br>BARCLAYS BANK PLC, COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., DEUTSCHE BANK AG, LLOYDS BANKING GROUP PLC, THE ROYAL BANK OF SCOTLAND PLC, UBS AG, AND JOHN DOE NOS. 1-50,<br><br>        Defendants. | No. 15-cv-3538 (VSB)<br><br><br><br>**NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE that the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Deutsche Bank AG, defendant in the above-captioned action.

Dated: New York, New York
    June 30, 2015

    Respectfully submitted,

    PAUL, WEISS, RIFKIND, WHARTON &
     GARRISON LLP

    By: /s/ Jessica L. Brach
      Jessica L. Brach
      jbrach@paulweiss.com

    1285 Avenue of the Americas
    New York, New York 10019-6064
    Tel.: (212) 373-3113
    Fax: (212) 492-0113

    *Counsel for Defendant Deutsche Bank AG*