UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD., on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br> - against -<br><br>BARCLAYS BANK PLC, COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., DEUTSCHE BANK AG, LLOYDS BANKING GROUP PLC, THE ROYAL BANK OF SCOTLAND PLC, UBS AG, AND JOHN DOE NOS. 1-50,<br><br>        Defendants. | No. 15-cv-3538 (VSB)<br><br>**NOTICE OF APPEARANCE** |

   PLEASE TAKE NOTICE that the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Deutsche Bank AG, defendant in the above-captioned action.

Dated: New York, New York
    June 30, 2015

   Respectfully submitted,

   PAUL, WEISS, RIFKIND, WHARTON &
    GARRISON LLP

   By: /s/ Ankush Khardori
      Ankush Khardori
      akhardori@paulweiss.com

   1285 Avenue of the Americas
   New York, New York 10019-6064
   Tel.: (212) 373-3596
   Fax: (212) 492-0596

   *Counsel for Defendant Deutsche Bank AG*