UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD., on behalf of itself and all others similarly situated,<br><br>         Plaintiff,<br><br>- against -<br><br>BARCLAYS BANK PLC, COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., DEUTSCHE BANK AG, LLOYDS BANKING GROUP PLC, THE ROYAL BANK OF SCOTLAND PLC, UBS AG, AND JOHN DOE NOS. 1-50,<br><br>         Defendants. | No. 15-cv-3538 (VSB)<br><br><br><br>**CORPORATE DISCLOSURE STATEMENT** |

    Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for defendant Deutsche Bank AG certifies that Deutsche Bank AG, a publicly held corporation organized under the laws of Germany, has no parent corporation. No publicly held corporation owns 10 percent or more of Deutsche Bank AG's stock.

Dated: New York, New York
     June 30, 2015

               Respectfully submitted,

               /s/ Moses Silverman
               Moses Silverman
               msilverman@paulweiss.com

               PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
               1285 Avenue of the Americas
               New York, New York 10019-6064
               Tel.: (212) 373-3355
               Fax: (212) 492-0355

               *Counsel for Defendant Deutsche Bank AG*