USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/8/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
SONTERRA CAPITAL MASTER FUND, :
LTD., on behalf of itself and all others :
similarly situated, :
: 15-CV-3538 (VSB)
Plaintiff, :
: ORDER
-v- :
:
BARCLAYS BANK PLC, et al., :
:
Defendants. :
:
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

    This case was filed on May 6, 2015.  (Doc. 1.)  On May 26, 2015, I entered the parties' stipulated scheduling order, pursuant to which Plaintiff's Amended Complaint is due on July 24, 2015, and Defendants' response is due on September 25, 2015.  (*See* Doc. 4.)  On June 10, 2015, Plaintiff's counsel filed a motion for appointment as interim class counsel.  (Doc. 6.)  It is hereby:

    ORDERED that counsel for all parties appear for an initial pretrial conference on October 16, 2015 at 10:00 a.m. in Courtroom 518 of the Thurgood Marshall Untied States Courthouse, 40 Foley Square, New York, New York.  Plaintiff's counsel should be prepared to discuss the motion for appointment as interim class counsel, including whether they anticipate any opposition to that motion.

    IT IS FURTHER ORDERED that, by October 9, 2015, the parties submit a joint letter, not to exceed three (3) pages, providing the following information in separate paragraphs:

1. A brief description of the nature of the action and the principal defenses thereto;

2. A brief explanation of why jurisdiction and venue lie in this Court. If any party is a corporation, the letter shall state both the place of incorporation and the principal place of business. If any party is a partnership, limited partnership, limited liability company or trust, the letter shall state the citizenship of each of the entity's members, shareholders, partners and/or trustees;

3. A brief description of all contemplated and/or outstanding motions;

4. A brief description of any discovery that has already taken place, and/or that which will be necessary for the parties to engage in meaningful settlement negotiations;

5. A brief description of prior settlement discussions (without disclosing the parties' offers or settlement positions) and the prospect of settlement;

6. The estimated length of trial; and

7. Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

IT IS FURTHER ORDERED that, by October 9, 2015, the parties jointly submit to the Court a proposed case management plan and scheduling order. A template for the order is available at http://nysd.uscourts.gov/judge/Broderick. The status letter and the proposed case management plan should be filed electronically on ECF, consistent with Section 13.1 of the Court's Electronic Case Filing (ECF) Rules & Instructions, available at http://www.nysd.uscourts.gov/ecf/ecf_rules_080113.pdf.

If Defendants seek to move to dismiss the Amended Complaint, they should do so, by September 25, 2015, in accordance with Rule 4.A. of my Individual Rules and Practices. In that

event, the initial pretrial conference will also serve as a pre-motion conference on Defendants'

proposed motion.

SO ORDERED.

Dated: July 8, 2015
      New York, New York

                                      Vernon S. Broderick
                                      United States District Judge