UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD., on behalf of itself and all others similarly situated,<br><br>      Plaintiff,<br><br>    - *against* -<br><br>BARCLAYS BANK PLC, COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., DEUTSCHE BANK AG, LLOYDS BANKING GROUP PLC, THE ROYAL BANK OF SCOTLAND PLC, UBS AG, AND JOHN DOE NOS. 1-50,<br><br>      Defendants. | Docket No. 15-cv-3538 (VSB) |

## NOTICE OF APPEARANCE

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD**:

  **PLEASE TAKE NOTICE** that Benjamin Jaccarino respectfully enters his appearance as counsel for Sonterra Capital Master Fund, Ltd. in the above-entitled action.

Dated: July 30, 2015

       Respectfully submitted,

       **LOVELL STEWART HALEBIAN JACOBSON LLP**

       */s/ Benjamin M. Jaccarino*
       Benjamin M. Jaccarino
       bjaccarino@lshllp.com
       61 Broadway, Suite 501
       New York, New York 10006
       Telephone: (212) 608-1900
       Facsimile: (212) 719-4775