UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., DEUTSCHE BANK AG, LLOYDS BANKING GROUP PLC, THE ROYAL BANK OF SCOTLAND PLC, UBS AG, AND JOHN DOE NOS. 1-50,<br><br>Defendants. | Docket No. 15-cv-3538 (VSB)<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 8/18/2015 |

## STIPULATION AND [PROPOSED] SCHEDULING ORDER

Plaintiff Sonterra Capital Master Fund, Ltd. ("Plaintiff"), and Defendant Barclays Capital Inc. ("BCI"), by and through their respective undersigned counsel, subject to this Court's approval, desire to enter into a stipulation materially identical to that entered by this Court on May 26, 2015 (ECF No. 4), and also agree that BCI should be subject to the deadlines set forth in this Court's July 8, 2015 Order (ECF No. 17), and therefore agree and stipulate as follows:

## RECITALS

WHEREAS, on July 24, 2015, Plaintiff filed an Amended Complaint ("Complaint") in the above-captioned action naming BCI as a Defendant;

WHEREAS, BCI has agreed to accept service of the Complaint;

WHEREAS, Plaintiff and Defendants Barclays Bank plc, Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A., Deutsche Bank AG, Lloyds Banking Group plc, The Royal Bank of Scotland plc, and UBS AG (collectively, "Defendants") have agreed, and this Court "So

Ordered," that Defendants' time to answer, move to dismiss, or otherwise respond to the Complaint is September 25, 2015 (*see* ECF No. 4; *see also* July 8, 2015 Order (ECF No. 17));

WHEREAS the Court issued an order on July 8, 2015 setting forth various deadlines for the parties to the above captioned litigation;

WHEREAS Plaintiff and BCI have agreed to the below schedule for the time for BCI to answer, move to dismiss, or otherwise respond to the Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

1. BCI agrees to accept service of the Complaint.

2. BCI shall answer, move to dismiss, or otherwise respond to the Complaint on or before September 25, 2015, and in accordance with the Court's July 8, 2015 Order, if BCI seeks to move to dismiss the Complaint, it shall do so in accordance with Rule 4.A. of this Court's Individual Rules and Practices.

3. If BCI moves to dismiss the Complaint, Plaintiff shall respond on or before November 20, 2015, and BCI may file its reply on or before December 21, 2015.

4. Discovery is stayed pending resolution of Defendants' motion(s) to dismiss; except that if any Defendant moves to dismiss the Complaint on the ground that this Court lacks personal jurisdiction as to it pursuant to FED. R. CIV. P. 12(b)(2), Plaintiff may seek leave of Court to conduct jurisdictional discovery and additional time to file its opposition(s) to the FED. R. CIV. P. 12(b)(2) motion(s) to dismiss in order to conduct such discovery. Defendants reserve the right to oppose any motion by Plaintiff seeking leave of Court to conduct jurisdictional discovery.

5. Except as to the defense of insufficient service of process, no defense of BCI, including without limitation, defenses based upon lack of personal jurisdiction, is prejudiced or waived by BCI's executing, agreeing to, or filing this Stipulation.

6. Moreover, all terms of this Court's July 8, 2015 Order of this Court apply in full to BCI.

7. This Stipulation may be executed in separate counterparts, and counterparts may be executed by e-mail or facsimile, each of which shall be an original.

_____
Geoffrey M. Horn
Vincent Briganti
Peter St. Phillip
Raymond Girnys
Christian P. Levis
Michelle E. Conston
LOWEY DANNENBERG COHEN & HART, P.C.
One North Broadway
White Plains, NY 10601
Tel: (914) 997-0500
Fax: (914) 997-0035
ghorn@lowey.com
vbriganti@lowey.com
pstphilip@lowey.com
rgirnys@lowey.com
clevis@lowey.com
mconston@lowey.com

_____
Jonathan D. Schiller
Leigh M. Nathanson
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
Tel: (212) 446-2300
jschiller@bsfllp.com
lnathanson@bsfllp.com

Michael A. Brille
Melissa Felder Zappala
5301 Wisconsin Avenue NW
Washington, D.C. 20015
Tel: (202) 237-2727
mbrille@bsfllp.com
mzappala@bsfllp.com

_____
Christopher Lovell
Victor E. Stewart
Benjamin M. Jaccarino
LOVELL STEWART HALEBIAN JACOBSON LLP
61 Broadway, Suite 501
New York, NY 10006
Tel: (212) 608-1900
Fax: (212) 719-4677
clovell@lshllp.com
vestewart@lshllp.com
bjaccarino@lshllp.com

_____
David H. Braff
Yvonne S. Quinn
Jeffrey T. Scott
Matthew J. Porpora
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Tel: (212) 558-4000
braffd@sullcrom.com
quinny@sullcrom.com
scottj@sullcrom.com
porporam@sullcrom.com

*Attorneys for Plaintiff Sonterra Capital Master Fund, Ltd. and Proposed Interim Class Counsel*

*Attorneys for Defendant Barclays Capital Inc.*

3

6. Moreover, all terms of this Court's July 8, 2015 Order of this Court apply in full to BCI.

7. This Stipulation may be executed in separate counterparts, and counterparts may be executed by e-mail or facsimile, each of which shall be an original.

|  |  |
|---|---|
| _____ | *Jonathan Schiller* /LMN<br>_____ |
| Geoffrey M. Horn<br>Vincent Briganti<br>Peter St. Phillip<br>Raymond Girnys<br>Christian P. Levis<br>Michelle E. Conston<br>LOWEY DANNENBERG COHEN & HART, P.C.<br>One North Broadway<br>White Plains, NY 10601<br>Tel: (914) 997-0500<br>Fax: (914) 997-0035<br>ghorn@lowey.com<br>vbriganti@lowey.com<br>pstphilip@lowey.com<br>rgirnys@lowey.com<br>clevis@lowey.com<br>mconston@lowey.com | Jonathan D. Schiller<br>Leigh M. Nathanson<br>BOIES, SCHILLER & FLEXNER LLP<br>575 Lexington Avenue<br>New York, NY 10022<br>Tel: (212) 446-2300<br>jschiller@bsfllp.com<br>lnathanson@bsfllp.com<br><br>Michael A. Brille<br>Melissa Felder Zappala<br>5301 Wisconsin Avenue NW<br>Washington, D.C. 20015<br>Tel: (202) 237-2727<br>mbrille@bsfllp.com<br>mzappala@bsfllp.com |
| _____ | *David Braff* /LMN<br>_____ |
| Christopher Lovell<br>Victor E. Stewart<br>Benjamin M. Jaccarino<br>LOVELL STEWART HALEBIAN JACOBSON LLP<br>61 Broadway, Suite 501<br>New York, NY 10006<br>Tel: (212) 608-1900<br>Fax: (212) 719-4677<br>clovell@lshllp.com<br>vestewart@lshllp.com<br>bjaccarino@lshllp.com | David H. Braff<br>Yvonne S. Quinn<br>Jeffrey T. Scott<br>Matthew J. Porpora<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004<br>Tel: (212) 558-4000<br>braffd@sullcrom.com<br>quinny@sullcrom.com<br>scottj@sullcrom.com<br>porporam@sullcrom.com |
| *Attorneys for Plaintiff Sonterra Capital Master Fund, Ltd. and Proposed Interim Class Counsel* | *Attorneys for Defendant Barclays Capital Inc.* |

**SO ORDERED**

Dated: New York, New York

August 18, 2015

*[signature: Vernon Broderick]*

VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE