UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., DEUTSCHE BANK AG, LLOYDS BANKING GROUP PLC, THE ROYAL BANK OF SCOTLAND PLC, UBS AG, AND JOHN DOE NOS. 1-50,<br><br>Defendants. | Case No. 15-CV-3538 (VSB)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that SEAN M. MURPHY of the law firm Milbank, Tweed, Hadley & McCloy LLP, hereby enters his appearance in the above-captioned action on behalf of Defendant Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A. ("Rabobank"), as counsel of record and requests that copies of all papers and notices in the above-captioned action be served upon the undersigned at the address stated below.[1]

Dated:  New York, New York
        September 8, 2015

                                           MILBANK, TWEED, HADLEY & MCCLOY LLP

                                           By:   /s/ Sean M. Murphy

                                                    Sean M. Murphy
                                                    28 Liberty Street
                                                    New York, New York 10005-1413
                                                    (212) 530-5000
                                                    (212) 822-5219 (facsimile)
                                                    SMurphy@milbank.com

                                                    *Attorney for Defendant Coöperatieve*
                                                    *Centrale Raiffeisen-Boerenleenbank B.A.*

---

[1] In filing this Notice of Appearance, Rabobank does not waive any objections to forum or venue and respectfully reserves all defenses permitted under the Federal Rules of Civil Procedure, and any other applicable law or rule, in this matter.