**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD., on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> - against - <br><br> BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., DEUTSCHE BANK AG, LLOYDS BANKING GROUP PLC, THE ROYAL BANK OF SCOTLAND PLC, UBS AG, AND JOHN DOE NOS. 1-50, <br><br> Defendants. | Case No. 15-CV-3538 (VSB) <br> ECF Case <br><br> **CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A. ("Rabobank") certifies as follows: Rabobank has no parent corporation, and no publicly held corporation owns 10% or more of Rabobank.

Dated:  New York, New York
        September 8, 2015

MILBANK, TWEED, HADLEY & MCCLOY LLP

By:     /s/ David R. Gelfand

David R. Gelfand
Sean M. Murphy
28 Liberty Street
New York, New York 10005-1413
(212) 530-5000
(212) 822-5219 (facsimile)
DGelfand@milbank.com
SMurphy@milbank.com

*Counsel for Defendant Coöperatieve*
*Centrale Raiffeisen-Boerenleenbank B.A.*