UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD., on behalf of itself and all others similarly situated,<br><br>       Plaintiff,<br><br>     - against -<br><br>BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., DEUTSCHE BANK AG, LLOYDS BANKING GROUP PLC, THE ROYAL BANK OF SCOTLAND PLC, UBS AG, AND JOHN DOE NOS. 1-50,<br><br>       Defendants. | Docket No. 15-cv-3538 (VSB)<br><br>NOTICE OF APPEARANCE |

   PLEASE TAKE NOTICE that the undersigned attorney, MELISSA FELDER ZAPPALA, who is a member in good standing of the bar of this Court, hereby appears as counsel for Defendants Barclays Bank PLC and Barclays Capital Inc. ("Barclays") in the above-captioned proceeding.[1]

Dated: New York, New York
    September 15, 2015

                 BOIES, SCHILLER & FLEXNER LLP

         By:  /s/ Melissa Felder Zappala
            MELISSA FELDER ZAPPALA
            5301 Wisconsin Ave. NW
            Washington, DC 20015
            Phone: (202) 274-1158
            Fax: (202) 237-6131
            E-mail: mzappala@bsfllp.com

---

[1] In filing this Notice of Appearance, Barclays does not waive any objections to forum or venue and respectfully reserves all defenses under Federal Rules of Civil Procedure, and any other applicable law or rule, in this matter.