UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD., on behalf of itself and all others similarly situated,<br><br>                      Plaintiff,<br><br>                      - against -<br><br>BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., DEUTSCHE BANK AG, LLOYDS BANKING GROUP PLC, THE ROYAL BANK OF SCOTLAND PLC, UBS AG, AND JOHN DOE NOS. 1-50,<br><br>                      Defendants. | Docket No. 15-cv-3538 (VSB)<br><br>NOTICE OF APPEARANCE |

       PLEASE TAKE NOTICE that the undersigned attorney, LEIGH M. NATHANSON, who is a member in good standing of the bar of this Court, hereby appears as counsel for Defendants Barclays Bank PLC and Barclays Capital Inc. ("Barclays") in the above-captioned proceeding.[1]

Dated: New York, New York
         September 15, 2015

                                      BOIES, SCHILLER & FLEXNER LLP

                    By:     /s/ Leigh M. Nathanson
                          LEIGH M. NATHANSON
                          575 Lexington Avenue
                          New York, New York 10022
                          Phone: (212) 446-2365
                          Fax: (212) 446-2350
                          E-mail: lnathanson@bsfllp.com

---

[1]    In filing this Notice of Appearance, Barclays does not waive any objections to forum or venue and respectfully reserves all defenses under Federal Rules of Civil Procedure, and any other applicable law or rule, in this matter.