UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X

SONTERRA CAPITAL MASTER FUND,   :
LTD., on behalf of itself and all others similarly :
situated,         :
        :
        :
     Plaintiff,    :
    v.       :    Case No. 15-cv-3538 (VSB)
        :
BARCLAYS BANK PLC, BARCLAYS   :    ECF CASE
CAPITAL INC., COÖPERATIEVE    :
CENTRALE RAIFFEISEN-     :    **NOTICE OF APPEARANCE**
BOERENLEENBANK B.A., DEUTSCHE  :
BANK AG, LLOYDS BANKING GROUP :
PLC, THE ROYAL BANK OF SCOTLAND :
PLC, UBS AG, AND JOHN DOE NOS. 1-50, :
        :
     Defendants.   :
-------------------------------------------------------- X

        PLEASE TAKE NOTICE that the undersigned attorney, DAVID H. BRAFF, of

the law firm Sullivan & Cromwell LLP, who is a member in good standing of the bar of this

Court, hereby appears as counsel for Barclays Bank PLC and Barclays Capital Inc., defendants

in this case.  This entry of appearance is subject to and without waiving any applicable defenses

or waiving any objections to forum or venue.

Dated:  September 15, 2015
    New York, New York

        /s/ David H. Braff
        David H. Braff
        SULLIVAN & CROMWELL LLP
        125 Broad Street
        New York, New York  10004
        braffd@sullcrom.com
        Telephone:   (212) 558-4000
        Facsimile:   (212) 558-3588

        *Attorney for Barclays Bank PLC,*
        *and Barclays Capital Inc.*