UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
SONTERRA CAPITAL MASTER FUND, :
LTD., on behalf of itself and all others similarly :
situated, :
:
                Plaintiff, :
                v. : Case No. 15-cv-3538 (VSB)
:
BARCLAYS BANK PLC, BARCLAYS : ECF CASE
CAPITAL INC., COÖPERATIEVE :
CENTRALE RAIFFEISEN- : **NOTICE OF APPEARANCE**
BOERENLEENBANK B.A., DEUTSCHE :
BANK AG, LLOYDS BANKING GROUP :
PLC, THE ROYAL BANK OF SCOTLAND :
PLC, UBS AG, AND JOHN DOE NOS. 1-50, :
:
                Defendants. :
------------------------------------------------------------ X

      PLEASE TAKE NOTICE that the undersigned attorney, MATTHEW J. PORPORA, of the law firm Sullivan & Cromwell LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel for Barclays Bank PLC and Barclays Capital Inc., defendants in this case. This entry of appearance is subject to and without waiving any applicable defenses or waiving any objections to forum or venue.

Dated: September 15, 2015
       New York, New York

                                        /s/ Matthew J. Porpora
                                        Matthew J. Porpora
                                        SULLIVAN & CROMWELL LLP
                                        125 Broad Street
                                        New York, New York 10004
                                        porporam@sullcrom.com
                                        Telephone: (212) 558-4000
                                        Facsimile: (212) 558-3588

                                        *Attorney for Barclays Bank PLC,*
                                        *and Barclays Capital Inc.*