UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
SONTERRA CAPITAL MASTER FUND, :
LTD., on behalf of itself and all others similarly :
situated, :                                                      Case No. 15-cv-3538 (VSB)
      Plaintiff, :
   v. :                                           ECF CASE
  :
BARCLAYS BANK PLC, BARCLAYS :                                    **NOTICE OF APPEARANCE**
CAPITAL INC., COÖPERATIEVE :
CENTRALE RAIFFEISEN- :
BOERENLEENBANK B.A., DEUTSCHE :
BANK AG, LLOYDS BANKING GROUP :
PLC, THE ROYAL BANK OF SCOTLAND :
PLC, UBS AG, AND JOHN DOE NOS. 1-50, :
      Defendants. :
------------------------------------------------------------ X

   PLEASE TAKE NOTICE that the undersigned attorney, JEFFREY T. SCOTT, of the law firm Sullivan & Cromwell LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel for Barclays Bank PLC and Barclays Capital Inc., defendants in this case. This entry of appearance is subject to and without waiving any applicable defenses or waiving any objections to forum or venue.

Dated: September 15, 2015
   New York, New York

             /s/ Jeffrey T. Scott
             Jeffrey T. Scott
             SULLIVAN & CROMWELL LLP
             125 Broad Street
             New York, New York  10004
             scottj@sullcrom.com
             Telephone:  (212) 558-4000
             Facsimile:   (212) 558-3588

             *Attorney for Barclays Bank PLC,*
             *and Barclays Capital Inc.*