UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD., on behalf of itself and all others similarly situated,<br><br>                    Plaintiff,<br><br>- against -<br><br>BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., DEUTSCHE BANK AG, LLOYDS BANKING GROUP PLC, THE ROYAL BANK OF SCOTLAND PLC, UBS AG, AND JOHN DOE NOS. 1-50,<br><br>                    Defendants. | Docket No. 15-cv-3538 (VSB) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that LISA J. FRIED of the law firm of Hogan Lovells US LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel for defendant Lloyds Banking Group plc in the above-captioned action and requests that copies of all papers served in this action be served on the undersigned at the address indicated below.

Dated: New York, New York
         September 22, 2015

HOGAN LOVELLS US LLP

         /s/ Lisa J. Fried
Lisa J. Fried
875 Third Avenue
New York, New York 10022
Tel: (212) 918-3000
Fax: (212) 918-3100
lisa.fried@hoganlovells.com

*Attorneys for Lloyds Banking Group plc*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 22, 2015, I caused the foregoing to be electronically filed with the Clerk of the Court by using the Case Management/Electronic Case Filing (CM/ECF) system, which will send a notice of electronic filing to all parties registered with the CM/ECF system in the above-captioned matter.

Dated: September 22, 2015                            /s/ Lisa J. Fried
                                                                     Lisa J. Fried