UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD., on behalf of itself and all others similarly situated,<br><br>                     Plaintiff,<br><br>- against -<br><br>BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., DEUTSCHE BANK AG, LLOYDS BANKING GROUP PLC, THE ROYAL BANK OF SCOTLAND PLC, UBS AG, AND JOHN DOE NOS. 1-50,<br><br>                     Defendants. | Docket No. 15-cv-3538 (VSB) |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT PURSUANT TO F.R.C.P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Lloyds Banking Group plc ("Defendant"), by and through its undersigned counsel, hereby submits this Corporate Disclosure Statement, certifying that Defendant has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

| | |
|---|---|
| Dated: New York, New York<br>September 22, 2015 | HOGAN LOVELLS US LLP<br><br>_____/s/ Marc J. Gottridge__<br>Marc J. Gottridge<br>Lisa J. Fried<br>Kevin T. Baumann<br>Benjamin A. Fleming<br>875 Third Avenue<br>New York, New York 10022<br>Tel: (212) 918-3000<br>Fax: (212) 918-3100<br>marc.gottridge@hoganlovells.com<br>lisa.fried@hoganlovells.com<br><br>*Attorneys for Lloyds Banking Group plc* |