UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND LTD., on behalf of itself and all others similarly situated,<br><br>       Plaintiff,<br><br>      - against –<br><br>BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., DEUTSCHE BANK AG, LLOYDS BANKING GROUP PLC, THE ROYAL BANK OF SCOTLAND PLC, UBS AG, AND JOHN DOE NOS. 1-50,<br><br>       Defendants. | Docket No. 15-cv-3538 (VSB) |

**NOTICE OF APPEARANCE**

  PLEASE TAKE NOTICE that Wilmer Cutler Pickering Hale and Dorr LLP, by Fraser L. Hunter, Jr., hereby enters its appearance as counsel in the above-captioned action for and on behalf of Defendant The Royal Bank of Scotland plc. The undersigned is a member in good standing of the bar of this Court.

Dated: September 24, 2015        Respectfully submitted,

                  */s/* Fraser L. Hunter, Jr.
                  Fraser L. Hunter, Jr.
                  Wilmer Cutler Pickering
                   Hale and Dorr LLP
                  250 Greenwich Street
                  New York, New York  10007
                  Telephone: (212) 230-8800
                  Fax: (212) 230-8888
                  Fraser.Hunter@wilmerhale.com

                  *Attorney for Defendant The Royal Bank of Scotland plc*