UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND LTD., on behalf of itself and all others similarly situated,<br><br>      Plaintiff,<br><br>    - against –<br><br>BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., DEUTSCHE BANK AG, LLOYDS BANKING GROUP PLC, THE ROYAL BANK OF SCOTLAND PLC, UBS AG, AND JOHN DOE NOS. 1-50,<br><br>      Defendants. | Docket No. 15-cv-3538 (VSB) |

## NOTICE OF APPEARANCE

  PLEASE TAKE NOTICE that Wilmer Cutler Pickering Hale and Dorr LLP, by David Sapir Lesser, hereby enters its appearance as counsel in the above-captioned action for and on behalf of Defendant The Royal Bank of Scotland plc.  The undersigned is a member in good standing of the bar of this Court.

Dated: September 24, 2015

                Respectfully submitted,

                */s/* David Sapir Lesser
                David Sapir Lesser
                Wilmer Cutler Pickering
                 Hale and Dorr LLP
                250 Greenwich Street
                New York, New York  10007
                Telephone: (212) 230-8800
                Fax: (212) 230-8888
                David.Lesser@wilmerhale.com

                *Attorney for Defendant The Royal Bank of Scotland plc*