IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD., on behalf of itself and all others similarly situated,<br>　　　　　　　　Plaintiff,<br><br>- against –<br><br>BARCLAYS BANK PLC, COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., DEUTSCHE BANK AG, LLOYDS BANKING GROUP PLC, THE ROYAL BANK OF SCOTLAND PLC, UBS AG, AND JOHN DOE NOS. 1-50,<br><br>　　　　　　　　Defendants. | Docket No. 15-cv-3538 (VSB)<br>ECF Case |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for Plaintiff SONTERRA CAPITAL MASTER FUND, LTD. in this action. I certify that I am admitted to practice in this Court.

Dated: October 1, 2015

　　　　　　　　　　　　　　　　　LOWEY DANNENBERG COHEN &
　　　　　　　　　　　　　　　　　　HART, P.C.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　By:　/s/ Peter D. St. Phillip, Jr.
　　　　　　　　　　　　　　　　　　Peter D. St. Phillip, Jr.
　　　　　　　　　　　　　　　　　　White Plains Plaza, Suite 509
　　　　　　　　　　　　　　　　　　One North Broadway
　　　　　　　　　　　　　　　　　　White Plains, NY  10601-1714
　　　　　　　　　　　　　　　　　　Telephone:  914-997-0500
　　　　　　　　　　　　　　　　　　Facsimile:  914-997-0035
　　　　　　　　　　　　　　　　　　Email: pstphillip@lowey.com

　　　　　　　　　　　　　　　　*Attorney for Plaintiff Sonterra Capital Master Fund, Ltd.*