```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __10/1/2015__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
SONTERRA CAPITAL MASTER FUND,                            :
LTD., on behalf of itself and all others                :
similarly situated,                                     :
                                                         :
                              Plaintiff,                :          15-CV-3538 (VSB)
                                                         :
                                                         :              ORDER
                    -v-                                 :
                                                         :
BARCLAYS BANK PLC, et al.,                              :
                                                         :
                              Defendants.               :
                                                         :
---------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        I am in receipt of Defendants' letter requesting a pre-motion conference on their

anticipated motion to dismiss the above-captioned action.  (Doc. 48.)  I also am in receipt of

Plaintiffs' response.  (Doc. 49.)  Defendants' application for a pre-motion conference is

GRANTED.  As previously ordered, the initial pre-trial conference will serve as a pre-motion

conference on Defendants' motion to dismiss.

        The initial conference previously scheduled for 10:00 a.m. on October 16, 2015 is hereby

rescheduled to 9:00 a.m. on the same day, October 16, 2015, in Courtroom 518 of the Thurgood

Marshall United States Courthouse, 40 Foley Square, New York, New York.  The parties should

be prepared to discuss their letters regarding Defendants' proposed motion to dismiss.  As

previously ordered, Plaintiff's counsel should be prepared to discuss the pending motion for

appointment as interim class counsel, including whether they have received or anticipate any

opposition to that motion.

The Clerk's Office is directed to terminate Doc. 48.

SO ORDERED.

Dated: October 1, 2015
       New York, New York

Vernon S. Broderick
United States District Judge