UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND LTD.,<br>        Plaintiff,<br>- against -<br>BARCLAYS BANK PLC et al.,<br>        Defendants. | No. 1:15-cv-3538-VSB<br><br>ECF CASE<br><br>NOTICE OF WITHDRAWAL OF COUNSEL |

    PLEASE TAKE NOTICE that, upon the annexed declaration of Jessica L. Brach, and subject to the approval of the Court, Jessica L. Brach hereby withdraws as counsel for Deutsche Bank AG in the above-captioned matter. Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Deutsche Bank AG in this proceeding.

Dated: New York, New York
    October 1, 2015

           PAUL, WEISS, RIFKIND, WHARTON & GARRISON

           By: _____
               Jessica L. Brach

           1285 Avenue of the Americas
           New York, New York 10019-6064
           (212) 373-3000
           jbrach@paulweiss.com

SO ORDERED:

_Vernon Broderick_
Vernon S. Broderick 10/5/2015
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND LTD.,<br>                       Plaintiff,<br>- against -<br><br>BARCLAYS BANK PLC et al.,<br>                       Defendants. | No. 1:15-cv-3538-VSB<br><br>ECF CASE<br><br>DECLARATION OF<br>JESSICA L. BRACH |

I, JESSICA L. BRACH, declare as follows:

1. I am an associate at the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), counsel for Deutsche Bank AG in this matter. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel because I am leaving the employ of Paul, Weiss.

2. Paul, Weiss will continue to represent Deutsche Bank AG in this matter.

3. My withdrawal will not delay the matter or prejudice any party, and I am not retaining or charging a lien.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 1, 2015
New York, New York

By: _____
Jessica L. Brach

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on October 1, 2015, a true and correct copy of the foregoing was sent by U.S. mail to the following:

Michael Chepiga
Deutsche Bank AG, Filiale New York
60 Wall Street
New York, New York  10005
*Counsel for Deutsche Bank AG*

Dated:    New York, New York
          October 1, 2015

_____
Jessica L. Brach