UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
SONTERRA CAPITAL MASTER FUND LTD.,            :
                                              :
                  Plaintiffs,             :
                                              :
       -against-                             :    15-CIV-3538 (VSB)
                                              :
BARCLAYS BANK PLC, et al.,                    :
                                              :
                  Defendants.            :
------------------------------------------------------------ x

## NOTICE OF APPEARANCE

The undersigned respectfully enters his appearance as counsel for Defendant UBS AG and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of Defendant UBS AG. The undersigned certifies that he is admitted to practice in this Court.

Dated: New York, New York
       October 14, 2015

                                     GIBSON, DUNN & CRUTCHER LLP

                                     By:  *s/Peter Sullivan*
                                            Peter Sullivan

                                   200 Park Avenue
                                   New York, New York 10166-0193
                                   (212) 351-4000
                                   psullivan@gibsondunn.com

                                   *Attorneys for Defendant UBS AG*