UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
SONTERRA CAPITAL MASTER FUND LTD., :
:
                Plaintiffs, :
:
      -against- :     15-CIV-3538 (VSB)
:
BARCLAYS BANK PLC, et al., :
:
                Defendants. :
------------------------------------------------------------------- x

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant UBS AG states as follows:

UBS AG is a publicly traded entity. Over 90% of UBS AG stock is held by UBS Group AG, a publicly traded corporation. There is no publicly held corporation that holds 10 percent or more of UBS Group AG stock.

Dated:  New York, New York
         October 14, 2015

                                              GIBSON, DUNN & CRUTCHER LLP

                                              By:  *s/Peter Sullivan*
                                                       Peter Sullivan

                                              200 Park Avenue
                                              New York, New York 10166-0193
                                              (212) 351-4000
                                              psullivan@gibsondunn.com

                                              *Attorneys for Defendant UBS AG*