UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
SONTERRA CAPITAL MASTER FUND LTD.,          :
                                            :
                    Plaintiffs,             :
                                            :
          -against-                         :          15-CIV-3538 (VSB)
                                            :
BARCLAYS BANK PLC, et al.,                  :
                                            :
                    Defendants.             :
-------------------------------------------------------------- x

## <u>NOTICE OF APPEARANCE</u>

The undersigned respectfully enters his appearance as counsel for Defendant UBS AG

and has been designated to accept service of all pleadings, notices, filings, correspondence, and

other papers relating to this litigation on behalf of Defendant UBS AG.  The undersigned

certifies that he is admitted to practice in this Court.

Dated:  New York, New York
        October 14, 2015

                                    GIBSON, DUNN & CRUTCHER LLP

                                    By:   *s/Jefferson E. Bell*
                                          Jefferson E. Bell

                                    200 Park Avenue
                                    New York, New York 10166-0193
                                    (212) 351-4000
                                    jbell@gibsondunn.com

                                    *Attorneys for Defendant UBS AG*