```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
SONTERRA CAPITAL MASTER FUND, :
LTD., on behalf of itself and all others :
similarly situated, :
: 15-CV-3538 (VSB)
                        Plaintiff, :
: ORDER
          -v- :
:
BARCLAYS BANK PLC, et al., :
:
                        Defendants. :
:
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

    I held a pre-motion conference in the above-captioned action on October 19, 2015. I directed the parties as follows:

    First, the parties' request to submit separate briefing on the Defendants' motion to dismiss for lack of personal jurisdiction and Defendants' motion to dismiss on grounds other than personal jurisdiction is granted. The parties should submit briefing in accordance with the following schedule:

(1) Defendants' motions to dismiss shall be filed no later than November 13, 2015. Defendants' opening brief on personal jurisdiction shall be no longer than 25 pages. Defendants' opening brief on other grounds for dismissal shall be no longer than 50 pages.

(2) Plaintiff's opposition shall be filed no later than January 13, 2016. Plaintiff's opposition brief on personal jurisdiction shall be no longer than 25 pages. Plaintiff's opposition brief on other grounds for dismissal shall be no longer than 50 pages.

    (3) Defendants' reply shall be filed no later than February 12, 2016.  Defendants' reply brief on personal jurisdiction shall be no longer than 10 pages.  Defendants' reply brief on other grounds shall be no longer than 20 pages.

No requests for an increase in the number of pages will be granted absent a showing of extraordinary circumstances.

    Second, discovery is stayed.  However, I will consider an application for jurisdictional discovery after Defendants file their motions to dismiss and opening briefs.  If Plaintiff wishes to make such an application, it should do so within seven (7) days of service of Defendants' motion.

    Finally, for the reasons stated on the record, Plaintiff's motion for appointment of interim class counsel, (Doc. 6), is DENIED.  The Clerk's Office is directed to terminate Doc. 6.

SO ORDERED.

Dated: October 19, 2015
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge