UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
SONTERRA CAPITAL MASTER FUND LTD.,              :
                                                                           :
                      Plaintiffs,                             :
                                                                           :
      -against-                                         :  15-CIV-3538 (VSB)
                                                                           :
BARCLAYS BANK PLC, et al.,                                :
                                                                           :
                      Defendants.                           :
------------------------------------------------------------------- x

## NOTICE OF APPEARANCE

The undersigned respectfully enters his appearance as counsel for Defendant UBS AG and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of Defendant UBS AG. The undersigned certifies that he is admitted to practice in this Court.

Dated: New York, New York
         November 12, 2015

                                              GIBSON, DUNN & CRUTCHER LLP

                                              By:   *s/Lawrence J. Zweifach*
                                                      Lawrence J. Zweifach

                                            200 Park Avenue
                                            New York, New York 10166-0193
                                            (212) 351-4000
                                            lzweifach@gibsondunn.com

                                            *Attorneys for Defendant UBS AG*