UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD., on behalf of itself and all others similarly situated,<br><br>                            Plaintiff,<br><br>                           v.<br><br>BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., DEUTSCHE BANK AG, LLOYDS BANKING GROUP PLC, THE ROYAL BANK OF SCOTLAND PLC, UBS AG AND JOHN DOE NOS. 1-50,<br><br>                            Defendants. | No. 15-cv-03538 (VSB)<br><br>ECF Case<br><br>**NOTICE OF MOTION TO DISMISS AMENDED COMPLAINT**<br><br>**ORAL ARGUMENT REQUESTED** |

      PLEASE TAKE NOTICE that, upon the accompanying Declaration of Marc J. Gottridge, dated November 13, 2015, and the exhibits thereto; the accompanying Declarations of Kevin P. McKendry, dated November 12 2015; Andrew Sherman, dated November 9, 2015; John Connors, dated November 2015; William Gougherty, dated November 12, 2015; Patrick Gonsalves, dated November 12, 2015; Allison Cambria, dated November 12, 2015; and Joseph P. Randazzo, dated November 12, 2015; the Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint for Lack of Subject Matter Jurisdiction and Failure to State a Claim, dated November 13, 2015; the Memorandum of Law in Support of Foreign Defendants' Motion to Dismiss for Lack of Personal Jurisdiction, dated November 13, 2015; and all prior pleadings and papers filed in this action, Defendants Barclays Bank plc, Barclays Capital Inc., Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A., Deutsche Bank AG, Lloyds Banking Group plc, The Royal Bank of Scotland plc, and UBS AG (collectively,

"Defendants"), by their respective undersigned attorneys, will move this Court, before the Honorable Vernon S. Broderick, United States District Judge, in Courtroom 518 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, on a date and at a time to be determined by the Court, pursuant to Rules 12(b)(1), 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing, as against Defendants, all claims in Plaintiff's Amended Complaint, filed on July 24, 2015 (Dkt. No. 18), and for such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, as set forth in this Court's Order dated October 19, 2015 (Dkt. No. 61), any papers in opposition to this motion shall be filed and served no later than January 13, 2016.

Dated: New York, New York
November 13, 2015

TO:  Geoffrey M. Horn
Lowey Dannenberg Cohen & Hart, P.C.
One North Broadway
White Plains, New York 10601
Tel: (914) 997-0500
ghorn@lowey.com

Christopher Lovell
Lovell Stewart Halebian Jacobson LLP
61 Broadway, Suite 501
New York, New York 10006
Tel: (212) 608-1900
clovell@lshllp.com

*Attorneys for Plaintiff*

| | |
|---|---|
| /s/ Jonathan D. Schiller<br>Jonathan D. Schiller<br>Leigh M. Nathanson<br>BOIES, SCHILLER & FLEXNER LLP<br>575 Lexington Avenue<br>New York, New York 10022<br>Tel: (212) 446-2300<br>jschiller@bsfllp.com<br>lnathanson@bsfllp.com<br><br>Michael A. Brille<br>Melissa Felder Zappala<br>5301 Wisconsin Avenue NW<br>Washington, D.C. 20015<br>Tel: (202) 237-2727<br>mbrille@bsfllp.com<br>mzappala@bsfllp.com | /s/ David R. Gelfand<br>David R. Gelfand<br>Sean M. Murphy<br>Mark D. Villaverde<br>MILBANK TWEED HADLEY &<br>McCLOY LLP<br>28 Liberty Street<br>New York, New York 10005<br>Tel.: (212) 530-5000<br>dgelfand@milbank.com<br>smurphy@milbank.com<br>mvillaverde@milbank.com<br><br>*Attorneys for Defendant Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A.* |
| /s/ David H. Braff<br>David H. Braff<br>Yvonne S. Quinn<br>Jeffrey T. Scott<br>Matthew J. Porpora<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br>Tel: (212) 558-4000<br>braffd@sullcrom.com<br>quinny@sullcrom.com<br>scottj@sullcrom.com<br>porporam@sullcrom.com<br><br>*Attorneys for Defendants Barclays Bank PLC and Barclays Capital Inc.* | /s/ Moses Silverman<br>Moses Silverman<br>Andrew C. Finch<br>Noam Lerer<br>PAUL, WEISS, RIFKIND, WHARTON<br>& GARRISON LLP<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Tel: (212) 373-3355<br>msilverman@paulweiss.com<br>afinch@paulweiss.com<br>nlerer@paulweiss.com<br><br>*Attorneys for Defendant Deutsche Bank AG* |

| | |
|---|---|
| /s/ Marc J. Gottridge<br>Marc J. Gottridge<br>Lisa J. Fried<br>Kevin T. Baumann<br>Benjamin A. Fleming<br>HOGAN LOVELLS US LLP<br>875 Third Avenue<br>New York, New York 10022<br>Tel: (212) 918-3000<br>marc.gottridge@hoganlovells.com<br>lisa.fried@hoganlovells.com<br>kevin.baumann@hoganlovells.com<br>benjamin.fleming@hoganlovells.com<br><br>*Attorneys for Defendant Lloyds Banking Group plc* | /s/ Peter Sullivan<br>Peter Sullivan<br>Lawrence J. Zweifach<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, New York 10166<br>Tel: (212) 351-4000<br>psullivan@gibsondunn.com<br>lzweifach@gibsondunn.com<br><br>Joel S. Sanders (*admitted pro hac vice*)<br>555 Mission Street, Suite 3000<br>San Francisco, California 94105<br>jsanders@gibsondunn.com<br><br>*Attorneys for Defendant UBS AG* |

/s/ Fraser L. Hunter, Jr.
Fraser L. Hunter, Jr.
David S. Lesser
Jamie Dycus
WILMER CUTLER PICKERING
HALE AND DORR LLP
250 Greenwich Street
New York, New York 10007
Tel: (212) 230-8800
fraser.hunter@wilmerhale.com
david.lesser@wilmerhale.com
jamie.dycus@wilmerhale.com

*Attorneys for Defendant The Royal Bank of Scotland plc*