**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SONTERRA CAPITAL MASTER FUND,
LTD., on behalf of itself and all others similarly
situated,

                    Plaintiff,

    - against -

BARCLAYS BANK PLC, COÖPERATIEVE
CENTRALE RAIFFEISEN-
BOERENLEENBANK B.A., DEUTSCHE
BANK AG, LLOYDS BANKING GROUP
PLC, THE ROYAL BANK OF SCOTLAND
PLC, UBS AG, AND JOHN DOE NOS. 1-50,

                    Defendants.

No. 15-cv-3538 (VSB)

---

### DECLARATION OF JOSEPH P. RANDAZZO
### IN SUPPORT OF DEUTSCHE BANK AG'S
### MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

    I, Joseph P. Randazzo, hereby declare:

    1.    I am Global Head of Global Liquidity Management and an employee of Deutsche

Bank Securities Inc., a wholly owned subsidiary of Deutsche Bank Aktiengesellschaft

("Deutsche Bank AG"). I submit this declaration in further support of Deutsche Bank AG's

motion to dismiss the above-captioned action for lack of personal jurisdiction. The facts stated

herein are true based on my own personal knowledge, inquiries within Deutsche Bank AG and

my review of records maintained in the regular course of business by Deutsche Bank AG.

    2.    At all relevant times, Deutsche Bank AG's Sterling London Interbank Offered

Rate ("LIBOR") submissions were not calculated or submitted in New York or the United States.

3.      No employees responsible for Deutsche Bank AG's Sterling LIBOR submissions were located in New York or the United States.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of November 2015 in New York City, New York.

Joseph P. Randazzo