UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD., on behalf of itself and all others similarly situated,<br><br>          Plaintiff,<br><br>- against -<br><br>BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., DEUTSCHE BANK AG, LLOYDS BANKING GROUP PLC, THE ROYAL BANK OF SCOTLAND PLC, UBS AG, AND JOHN DOE NOS. 1-50,<br><br>          Defendants. | No. 15-cv-3538 (VSB)<br><br>ECF Case<br><br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on November 13, 2015, I caused the following documents to be electronically filed with the Clerk of the Court by using the Case Management/Electronic Case Filing (CM/ECF) system, which will send a notice of electronic filing to all parties registered with the CM/ECF system in the above-captioned matter:

1. Notice of Motion to Dismiss the Amended Complaint, dated November 13, 2015
2. Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint for Lack of Subject Matter Jurisdiction and Failure to State a Claim, dated November 13, 2015
3. Memorandum of Law in Support of Foreign Defendants' Motion to Dismiss for Lack of Personal Jurisdiction, dated November 13, 2015
4. Declaration of Marc J. Gottridge, dated November 13, 2015, and the exhibits thereto
5. Declaration of Kevin P. McKendry, dated November 12 2015
6. Declaration of Andrew Sherman, dated November 9, 2015
7. Declaration of John Connors, dated November 2015
8. Declaration of William Gougherty, dated November 12, 2015
9. Declaration of Patrick Gonsalves, dated November 12, 2015
10. Declaration of Allison Cambria, dated November 12, 2015
11. Declaration of Joseph P. Randazzo, dated November 12, 2015

Dated: November 13, 2015                     /s/ Marc J. Gottridge
                                                               Marc J. Gottridge