

> APPLICATION DENIED
> SO ORDERED [signature]
> VERNON S. BRODERICK
> U.S.D.J.  11/16/2015
>
> I will determine whether oral argument is needed once the motion is fully briefed.

November 13, 2015

**By ECF**

Honorable Vernon S. Broderick, United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:     *Sonterra Capital Master Fund Ltd. v. Barclays Bank plc, et al.*, No. 15-cv-3538 (VSB)

Dear Judge Broderick:

This firm represents defendant Lloyds Banking Group plc in the above-referenced action. Pursuant to the Scheduling Order entered on October 19, 2015 (Dkt. No. 61), defendants Barclays Bank plc, Barclays Capital Inc., Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A., Deutsche Bank AG, Lloyds Banking Group plc, The Royal Bank of Scotland plc, and UBS AG (collectively, "Defendants") have jointly moved to dismiss the Amended Complaint filed by plaintiff Sonterra Capital Master Fund Ltd. ("Plaintiff") on July 24, 2015 for lack of personal jurisdiction, lack of subject matter jurisdiction, and failure to state a claim (the "Motion"). Pursuant to Rule 4.I of Your Honor's Individual Rules and Practices in Civil Cases, we write on behalf of all Defendants to respectfully request oral argument on the Motion.

Respectfully submitted,

[signature]

Marc J. Gottridge

Partner
marc.gottridge@hoganlovells.com
D (212) 909-0643

cc:     All counsel of record (via ECF)