UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
Sonterra Capital Master Fund, Ltd.,

          Plaintiff,

-against-

Barclays Bank PLC et al.,

          Defendant.
-------------------------------------------------------

Case No. 15-cv-03538 (VSB)

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

   _X_  I have cases pending    ____  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

                                  Sitso W. Bediako
                               FILL IN ATTORNEY NAME

My SDNY Bar Number is: SB3252    My State Bar Number is: 4946976

I am,

   _X_  An attorney

   ____  A Government Agency attorney

   ____  A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Alston & Bird LLP
                   FIRM ADDRESS: 90 Park Avenue, New York, NY 10016
                   FIRM TELEPHONE NUMBER: (212) 210-9400
                   FIRM FAX NUMBER: (212) 922-3855

NEW FIRM:    FIRM NAME: Lowey Dannenberg Cohen & Hart, P.C.
                   FIRM ADDRESS: One North Broadway, White Plains, NY 10601
                   FIRM TELEPHONE NUMBER: (914) 997-0500
                   FIRM FAX NUMBER: (914) 997-0035

_X_  I will continue to be counsel of record on the above-entitled case at my new firm/agency. **Note: I appeared as counsel of record on the above-entitled case with my new firm/agency. However, my change of address had not been filed with the attorney services clerk.**

____  I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 11/25/2015

                                                 ATTORNEY'S SIGNATURE