IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD., on behalf of itself and all others similarly situated,<br><br>      Plaintiff,<br><br>- against –<br><br>BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., DEUTSCHE BANK AG, LLOYDS BANKING GROUP PLC, THE ROYAL BANK OF SCOTLAND PLC, UBS AG, AND JOHN DOE NOS. 1-50,<br><br>      Defendants. | Docket No. 15-cv-3538 (VSB)<br>ECF Case |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for Plaintiff SONTERRA CAPITAL MASTER FUND, LTD. in this action. I certify that I am admitted to practice in this Court.

Dated: December 22, 2015

            LOWEY DANNENBERG COHEN &
             HART, P.C.

            Respectfully submitted,

            By: /s/ Lee J. Lefkowitz
              Lee J. Lefkowitz
              White Plains Plaza, Suite 509
              One North Broadway
              White Plains, NY 10601-1714
              Telephone:  914-997-0500
              Facsimile:  914-997-0035
              Email: llefkowitz@lowey.com

            *Attorney for Plaintiff Sonterra Capital Master Fund, Ltd.*