UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD., on behalf of itself and all others similarly situated,<br><br>                              Plaintiff,<br><br>- against -<br><br>BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., DEUTSCHE BANK AG, LLOYDS BANKING GROUP PLC, THE ROYAL BANK OF SCOTLAND PLC, UBS AG, AND JOHN DOE NOS. 1-50,<br><br>                              Defendants. | No. 15-cv-3538 (VSB)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Deutsche Bank AG, defendant in the above-captioned action.

Dated:   New York, New York
         February 8, 2016

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON &
   GARRISON LLP

By:   /s/ Elizabeth M. Sacksteder
      Elizabeth M. Sacksteder
      esacksteder@paulweiss.com

1285 Avenue of the Americas
New York, New York 10019-6064
Tel.:   (212) 373-3000
Fax:    (212) 757-3990

*Counsel for Defendant Deutsche Bank AG*