

**New York**
White Plains Plaza
One North Broadway
White Plains, NY 10601-2310

914-997-0500 Telephone
914-997-0035 Fax

www.lowey.com

**Pennsylvania**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohoken, PA 19428-2977

610-941-2760 Telephone
610-862-9777 Fax

February 9, 2016

<u>**VIA ECF AND FEDEX**</u>
The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Sonterra Capital Master Fund, Ltd. v. Barclays Bank PLC et al.*, Case No. 15-cv-03538 (VSB) ("*Sonterra* Action"); *FrontPoint European Fund, L.P., et al. v. Barclays Bank PLC*, Case No. 16-cv-00464 ("*FrontPoint* Action")

Dear Judge Broderick:

We are counsel for Plaintiffs in the above-captioned actions. For Your Honor's convenience in advance of the February 11, 2016 pre-motion conference, enclosed please find a redline comparison of the operative complaints filed in the *Sonterra* Action (ECF No. 18) and the *FrontPoint* Action (ECF No. 13).

Respectfully submitted,

Vincent Briganti

cc:   Counsel of Record (via ECF)