Exhibit 31



My Apps (/web/guest/myapps)     Consumer ▾ (https://myportal.dfs.ny.gov/web/guest-applications/consumers)

Licensing Resources ▾ (https://myportal.dfs.ny.gov/web/guest-applications/licensing-resources)

Who We Supervise

Enter the name of the institution and/or the type of institution you are searching for below:

- To display all of the financial institutions we supervise, leave both fields blank.
- To display a list of all of the institutions of one type that we supervise, leave the Name of Institution field blank and just choose a Type of Institution. For example, to see all of the Check Cashers that we supervise, leave the 'Name of Institution' field blank and just choose "Check Cashers" in the Type of Institution drop-down menu.
- If you don't know what type of business an institution is, enter what you know in the "Name of Institution" field and leave the Type of Institution field blank.

**Name of Institution:** [                ]     **Type of Institution:** [Foreign Branches ▾]

[Search]   [Reset]

In addition to the entities listed above, the DFS also supervises all insurance companies that do business in New York. The following links can help you find out if we license an insurance company, check the status of an insurance agent or broker's license, or get information on active bail bond agents or service contract provider:

- Insurance Company Search (https://myportal.dfs.ny.gov/web/guest-applications/ins.-company-search)
- Insurance Licensee Look-Up (https://myportal.dfs.ny.gov/nylinxext/elsearch.alis)
- Service Contract Providers (https://myportal.dfs.ny.gov/web/guest-applications/service-contract-providers)
- Bail Bond Agents (https://myportal.dfs.ny.gov/web/guest-applications/bail-bonds-search)

Certain banks, credit unions and other financial institutions may not be New York State-chartered or licensed, so we may not supervise them. Here are some other resources for finding out who does. (http://www.dfs.ny.gov/about/otherregulators.htm)

**Search Results Include "85" Institutions**
**Download Search Results:** Excel PDF CSV XML

(1 of 3)    [    ]    [30 ▾]

| PRIMARY NAME | MAIN ADDRESS | MAIL ADDRESS | INSTITUTION TYPE | INST. LIC INACTIVE | INSTITUTION PHONE |
|---|---|---|---|---|---|
| Agricultural Bank of China Limited | 277 Park Avenue, 43rd Floor New York NY 10172 | 277 Park Ave, 43rd floor New York, NY 10172 | Foreign Branches | | |
| Allied Irish Banks, p.l.c. | 1345 Avenue of the Americas New York New York NY 10105 | | Foreign Branches | | |
| Banca Monte dei Paschi di Siena S.p.A. | 55 East 59th Street New York New York NY 10022-1112 | | Foreign Branches | | |

| | | | | | |
|---|---|---|---|---|---|
| | Banco de La Nacion Argentina | 230 Park Avenue New York New York NY 10169 | 230 Park Avenue New York New York NY 10169 | Foreign Branches | |
| | Banco do Brasil, S.A. | 535 Madison Avenue New York New York NY 10022 | | Foreign Branches | |
| | Banco Bilbao Vizcaya Argentaria, S.A. | 1345 Avenue of the Americas New York New York NY 10105 0302 | | Foreign Branches | |
| | Banco Del Estado de Chile | 400 Park Avenue New York New York NY 10022 9464 | 400 Park Avenue, 14th Floor New York New York NY 10022 9464 | Foreign Branches | |
| | Banco Popular de Puerto Rico | 120 Broadway New York New York NY 10271 | | Foreign Branches | |
| | Banco Santander, S.A. | 45 East 53rd Street New York New York NY 10022 4604 | | Foreign Branches | |
| | Bank of Baroda | One Park Avenue New York New York NY 10016 5802 | | Foreign Branches | |
| | Bank of India | 277 Park Avenue New York New York NY 10172 0001 | | Foreign Branches | |
| | Bank of Montreal | 3 Times Square New York New York NY 10036 6520 | | Foreign Branches | |
| | Bank of Scotland plc | 1095 Avenue of the Americas New York NY 10036 | | Foreign Branches | |
| | Bank of Taiwan | 100 Wall Street New York New York NY 10005 | 100 Wall Street, 11th Floor New York New York NY 10005 | Foreign Branches | |
| | Bank of Tokyo - Mitsubishi UFJ, Ltd., The | 1251 Avenue of the Americas, 14th Floor New York New York NY 10020 1104 | | Foreign Branches | |
| | Bank Hapoalim B.M. | 1177 Avenue of the Americas New York New York NY 10036 2790 | 1177 Avenue of the Americas 12th and 14th Floors New York New York NY 10036 2790 | Foreign Branches | |
| | Barclays Bank PLC | 745 Seventh Avenue New York New York NY 10019 | | Foreign Branches | |
| | BNP Paribas | 787 7th Avenue New York New York NY 10019 6083 | | Foreign Branches | |
| | BNP Paribas Fortis | 787 Seventh Avenue, 3rd Floor New York NY 11019 | | Foreign Branches | |
| | Caixa Geral de Depositos, S.A. | 733 Third Avenue, New York New York NY 10017 | | Foreign Branches | |

| | | | | | |
|---|---|---|---|---|---|
| | Canadian Imperial Bank of Commerce | 425 Lexington Avenue New York New York NY 10017 | 425 Lexington Avenue, 5th flr New York New York NY 10017 | Foreign Branches | |
| | Canara Bank | 405 Park Avenue New York New York NY 10022 | | Foreign Branches | |
| | Chang Hwa Commercial Bank, Ltd. | 685 Third Avenue New York New York NY 10017 4024 | 685 Third Avenue, 29th Floor New York New York, NY 10017 4024 | Foreign Branches | |
| | Chiba Bank, Ltd., The | 1133 Avenue of the Americas, 15th Floor New York NY 10036 6710 | | Foreign Branches | |
| | China Construction Bank Corporation | 1095 Avenue of the Americas New York New York NY 10036 | | Foreign Branches | |
| | China Merchants Bank Co., Ltd | 535 Madison Avenue New York New York NY 10022 | | Foreign Branches | |
| | Commerzbank Aktiengesellschaft | 2 World Financial Center New York NY 10281 1050 | 2 World Financial Center New York New York NY 10281 1050 | Foreign Branches | |
| | Cooperatieve Centrale Raiffeisen-Boerenleenbank B.A., Rabobank Nederland | 245 Park Avenue New York New York NY 10167 0062 | | Foreign Branches | |
| | Credit Agricole Corporate and Investment Bank | 1301 Avenue of the Americas New York New York NY 10019 6022 | | Foreign Branches | |
| | Credit Industriel et Commercial | 520 Madison Avenue New York New York NY 10022 4213 | 520 Madison Ave. 37th floor New York New York NY 10022 4213 | Foreign Branches | |

(1 of 3)　　　　　　　30 ▼

## HELP AND INFORMATION

Email a Portal Technician (mailto:portal@dfs.ny.gov)

Visit our website at www.dfs.ny.gov (http://www.dfs.ny.gov)



My Apps (/web/guest/myapps)　　Consumer ▼ (https://myportal.dfs.ny.gov/web/guest-applications/consumers)

Licensing Resources ▼ (https://myportal.dfs.ny.gov/web/guest-applications/licensing-resources)

Who We Supervise

Enter the name of the institution and/or the type of institution you are searching for below:

- To display all of the financial institutions we supervise, leave both fields blank.
- To display a list of all of the institutions of one type that we supervise, leave the Name of Institution field blank and just choose a Type of Institution. For example, to see all of the Check Cashers that we supervise, leave the 'Name of Institution' field blank and just choose "Check Cashers" in the Type of Institution drop-down menu.
- If you don't know what type of business an institution is, enter what you know in the "Name of Institution" field and leave the Type of Institution field blank.

**Name of Institution:** _____  **Type of Institution:** Foreign Branches

[Search] [Reset]

In addition to the entities listed above, the DFS also supervises all insurance companies that do business in New York. The following links can help you find out if we license an insurance company, check the status of an insurance agent or broker's license, or get information on active bail bond agents or service contract provider:

- Insurance Company Search (https://myportal.dfs.ny.gov/web/guest-applications/ins.-company-search)
- Insurance Licensee Look-Up (https://myportal.dfs.ny.gov/nylinxext/elsearch.alis)
- Service Contract Providers (https://myportal.dfs.ny.gov/web/guest-applications/service-contract-providers)
- Bail Bond Agents (https://myportal.dfs.ny.gov/web/guest-applications/bail-bonds-search)

Certain banks, credit unions and other financial institutions may not be New York State-chartered or licensed, so we may not supervise them. Here are some other resources for finding out who does. (http://www.dfs.ny.gov/about/otherregulators.htm)

**Search Results Include "85" Institutions**
**Download Search Results:** Excel PDF CSV XML

(2 of 3)　　　　30

| | PRIMARY NAME | MAIN ADDRESS | MAIL ADDRESS | INSTITUTION TYPE | INST. LIC INACTIVE | INSTITUTION PHONE |
|---|---|---|---|---|---|---|
| | Credit Suisse AG | 11 Madison Avenue New York New York NY 10010 3698 | | Foreign Branches | | |
| | CTBC Bank Co Ltd | 521 Fifth Avenue New York New York NY 10175 | 521 Fifth Avenue New York New York NY 10175 | Foreign Branches | | |
| | Depfa Bank plc | 551 Madison Avenue New York New York NY 10022 | | Foreign Branches | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | NY 10022 | | | |
| | Deutsche Bank AG | 60 Wall Street New York New York NY 10005 2858 | 60 Wall Street, 46th Floor Mail Stop NYC60-4601 New York New York NY 10005 2858 | Foreign Branches | | |
| | Dexia Credit Local | 445 Park Avenue New York New York NY 10022 2606 | | Foreign Branches | | |
| | DNB Bank ASA | 200 Park Avenue New York NY 10166 0396 | 200 Park Avenue (31st Floor) New York New York NY 10166 0396 | Foreign Branches | | |
| | DZ Bank AG Deutsche Zentral-Genossenschaftsbank | 609 Fifth Avenue New York New York NY 10017 1021 | | Foreign Branches | | |
| | First Commercial Bank, Ltd. | 750 Third Avenue New York New York NY 10017 | 750 Third Avenue, 34th Floor New York New York NY 10017 | Foreign Branches | | |
| | Gunma Bank, Ltd., The | 780 Third Avenue New York New York NY 10017 2024 | 780 Third Avenue, 6th Floor New York New York NY 10017 2024 | Foreign Branches | | |
| | Habib Bank Limited | 60 East 42nd Street New York New York NY 10165 0006 | 60 East 42nd Street New York New York NY 10165 0006 | Foreign Branches | | |
| | Haitong Bank, S.A. | 340 Madison Avenue, 12th floor New York New York NY 10173 | | Foreign Branches | | |
| | HSH Nordbank AG | 230 Park Avenue New York New York NY 10169 0005 | | Foreign Branches | | |
| | Industrial and Commercial Bank of China Limited | 725 Fifth Avenue New York New York NY 10022 | | Foreign Branches | | |
| | Industrial Bank of Korea | 1250 Broadway New York New York NY 10001 3798 | 1250 Broadway, 37th Fl. New York NY 10001 | Foreign Branches | | |
| | Intesa Sanpaolo S.p.A. | 1 William Street New York New York NY 10004 2595 | | Foreign Branches | | |
| | Itau Unibanco S.A. | 767 5th Avenue New York New York NY 10153 | 540 Madison Avenue, 24th Floor New York New York NY 10022 | Foreign Branches | | |
| | Kookmin Bank | 565 Fifth Avenue New York New York NY 10017 2466 | 565 Fifth Avenue, 24th floor New York New York NY 10017 2466 | Foreign Branches | | |
| | Korea Development Bank, The | 320 Park Avenue New York New York NY 10022 6815 | 320 Park Avenue, 32nd Floor New York New York NY 10022 6815 | Foreign Branches | | |
| | KBC Bank N.V. | 1177 Avenue of the Americas New York New York NY 10036 2714 | | Foreign Branches | | |
| | Land Bank of Taiwan Co., Ltd | 100 Wall Street New York NY 10005 | | Foreign Branches | | |
| | | | 280 Park Avenue | | | |

| | Name | Address | Secondary Address | Type | | |
|---|---|---|---|---|---|---|
| | Landesbank Baden - Wurttemberg | 280 Park Avenue New York New York NY 10017 1244 | 280 Park Avenue, 31st Floor-West Building New York New York NY 10017 1244 | Foreign Branches | | |
| | Landesbank Hessen - Thuringen Girozentrale | 420 Fifth Avenue New York NY 10018 2729 | | Foreign Branches | | |
| | Lloyds Bank plc | 1095 Avenue of the Americas New York New York NY 10036 | 1095 Avenue of the Americas, 34th Floor New York New York NY 10036 | Foreign Branches | | |
| | Malayan Banking Berhad | 400 Park Avenue New York New York NY 10022 4406 | 400 Park Ave, 11th floor New York New York NY 10022 4406 | Foreign Branches | | |
| | Mashreq Bank psc | 50 Broadway New York New York NY 10004 6516 | 50 Broadway Suite 1500 New York NY 10004 | Foreign Branches | | |
| | Mega International Commercial Bank Co., Ltd. | 59-65 Liberty Street New York New York NY 10005 1018 | 65 Liberty Street New York New York, NY 10005 1018 | Foreign Branches | | |
| | Mitsubishi UFJ Trust and Banking Corporation | 520 Madison Avenue New York New York NY 10022 | 520 Madison Avenue, 25th Floor New York New York NY 10022 | Foreign Branches | | |
| | Mizuho Bank, Ltd., | 1251 Avenue of the Americas New York New York NY 10020 1183 | | Foreign Branches | | |
| | National Bank of Canada | 65 East 55th Street New York New York NY 10022 3219 | 65 East 55th Street, 31st Floor, New York NY 10022 3219 | Foreign Branches | | |
| | National Bank of Egypt | 40 East 52nd Street New York New York NY 10022 5911 | 40 East 52nd Street, 22nd Floor New York NY 10022 | Foreign Branches | | |

(2 of 3)    30

**HELP AND INFORMATION**

Email a Portal Technician (mailto:portal@dfs.ny.gov)

Visit our website at www.dfs.ny.gov (http://www.dfs.ny.gov)



My Apps (/web/guest/myapps)　　　Consumer ▾ (https://myportal.dfs.ny.gov/web/guest-applications/consumers)

Licensing Resources ▾ (https://myportal.dfs.ny.gov/web/guest-applications/licensing-resources)

Who We Supervise

**Enter the name of the institution and/or the type of institution you are searching for below:**

- To display all of the financial institutions we supervise, leave both fields blank.
- To display a list of all of the institutions of one type that we supervise, leave the Name of Institution field blank and just choose a Type of Institution. For example, to see all of the Check Cashers that we supervise, leave the 'Name of Institution' field blank and just choose "Check Cashers" in the Type of Institution drop-down menu.
- If you don't know what type of business an institution is, enter what you know in the "Name of Institution" field and leave the Type of Institution field blank.

**Name of Institution:** [           ]　　**Type of Institution:** [Foreign Branches ▾]

[Search]　[Reset]

In addition to the entities listed above, the DFS also supervises all insurance companies that do business in New York. The following links can help you find out if we license an insurance company, check the status of an insurance agent or broker's license, or get information on active bail bond agents or service contract provider:

- Insurance Company Search (https://myportal.dfs.ny.gov/web/guest-applications/ins.-company-search)
- Insurance Licensee Look-Up (https://myportal.dfs.ny.gov/nylinxext/elsearch.alis)
- Service Contract Providers (https://myportal.dfs.ny.gov/web/guest-applications/service-contract-providers)
- Bail Bond Agents (https://myportal.dfs.ny.gov/web/guest-applications/bail-bonds-search)

Certain banks, credit unions and other financial institutions may not be New York State-chartered or licensed, so we may not supervise them. Here are some other resources for finding out who does. (http://www.dfs.ny.gov/about/otherregulators.htm)

| Search Results Include "85" Institutions |
|---|
| Download Search Results: Excel PDF CSV XML |

(3 of 3)　　[  ][  ]　　[30 ▾]

| PRIMARY NAME | MAIN ADDRESS | MAIL ADDRESS | INSTITUTION TYPE | INST. LIC INACTIVE | INSTITUTION PHONE |
|---|---|---|---|---|---|
| National Bank of Pakistan | 100 Wall Street, 21st Floor New York New York NY 10005 3701 | | Foreign Branches | | |
| Natixis | 1251 Avenue of the Americas New York New York NY 10020 0070 | | Foreign Branches | | |
| NongHyup Bank | 650 Fifth Avenue 25th Floor New York NY | 650 Fifth Avenue 25th Floor New York NY | Foreign Branches | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | NongHyup Bank | Floor New York NY 10019 | Floor New York NY 10019 | Foreign Branches | | | |
| | Norddeutsche Landesbank Girozentrale | 1114 Avenue of the Americas, 20th floor New York New York NY 10036 7703 | | Foreign Branches | | | |
| | Nordea Bank Finland Plc | 437 Madison Avenue New York New York NY 10022 7001 | | Foreign Branches | | | |
| | Norinchukin Bank, The | 245 Park Avenue New York New York NY 10167 0104 | 245 Park Avenue, 21st Floor New York, NY 10167 0104 | Foreign Branches | | | |
| | Philippine National Bank | 30 Broad Street New York New York NY 10004 | 30 Broad Street, 36th Floor New York New York NY 10004 | Foreign Branches | | | |
| | Portigon AG | 7 World Trade Center New York New York NY 10007 | | Foreign Branches | | | |
| | Shinhan Bank | 600 Third Avenue New York New York NY 10016 | 600 Third Ave. 17th Floor New York New York NY 10016 | Foreign Branches | | | |
| | Shizuoka Bank, Ltd., The | 600 Lexington Avenue, 4th floor New York New York NY 10022 | | Foreign Branches | | | |
| | Skandinaviska Enskilda Banken | 245 Park Avenue New York New York NY 10167 0061 | | Foreign Branches | | | |
| | Societe Generale | 245 Park Avenue New York New York NY 10167 | | Foreign Branches | | | |
| | Standard Chartered Bank | 1095 Avenue of the Americas New York New York NY 10036 | | Foreign Branches | | | |
| | State Bank of India | 460 Park Avenue New York New York NY 10022 1972 | 460 Park Avenue, Second Floor New York New York NY 10022 1972 | Foreign Branches | | | |
| | Sumitomo Mitsui Banking Corporation | 277 Park Avenue New York New York NY 10172 0601 | 277 Park Ave., 6th Flr New York New York NY 10172 0601 | Foreign Branches | | | |
| | Sumitomo Mitsui Trust Bank Limited | 527 Madison Avenue, 3rd Floor New York, NY 10022 4396 | | Foreign Branches | | | |
| | Svenska Handelsbanken AB | 875 Third Avenue New York NY 10022 7218 | | Foreign Branches | | | |
| | Swedbank AB | One Penn Plaza New York New York NY 10119 0002 | One Penn Plaza, 15th Flr. New York New York NY 10119 0002 | Foreign Branches | | | |
| | T.C. Ziraat Bankasi | 122 East 42 Street New York New York NY 10168 | 122 E. 42nd Street, Suite 310 New York New York NY 10168 | Foreign Branches | | | |
| | Taiwan Cooperative Bank, Ltd. | 88 Pine Street New York NY 10005 | | Foreign Branches | | | |
| | The Shoko Chukin | 666 Fifth Avenue New York New York NY | 666 Fifth Ave., 14th Floor New York New | Foreign Branches | | | |

| | | | | | |
|---|---|---|---|---|---|
| | The Shoko Chukin Bank, Ltd. | York New York NY 10103 0905 | Floor New York New York, NY 10103 0905 | Foreign Branches | |
| | Turkiye Vakiflar Bankasi T.A.O. | 680 Fifth Avenue New York New York NY 10019 5429 | 680 Fifth Avenue, 23rd Floor New York New York NY 10019 5429 | Foreign Branches | |
| | United Bank Limited | 80 Broad Street New York New York NY 10004 2209 | 80 Broad Street, 19th Floor, Suite# 1903 New York NY 10004 2209 | Foreign Branches | |
| | UniCredit Bank AG | 150 East 42nd Street New York New York NY 10017 5612 | | Foreign Branches | |
| | UniCredit S.p.A. | 150 East 42nd Street 29th and 32nd Floors New York New York NY 10017 5632 | | Foreign Branches | |

(3 of 3)      30

### HELP AND INFORMATION

Email a Portal Technician (mailto:portal@dfs.ny.gov)

Visit our website at www.dfs.ny.gov (http://www.dfs.ny.gov)