UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

SONTERRA CAPITAL MASTER FUND, LTD., ET AL.,

      PLAINTIFFS,

  V.

BARCLAYS BANK PLC, ET AL.,

      DEFENDANTS.

FRONTPOINT EUROPEAN FUND, L.P., AND RICHARD DENNIS, ET AL.,

      PLAINTIFFS,

  V.

BARCLAYS BANK PLC, ET AL.,

      DEFENDANTS.

-----------------------------------------------------------------x

No. 15-cv-03538 (VSB)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Mark A. Kirsch of Gibson, Dunn & Crutcher LLP, an attorney in good standing and admitted to practice in this Court, hereby enters his appearance in the above-captioned action as counsel for UBS AG.

Dated: New York, New York
   January 17, 2018

               GIBSON, DUNN & CRUTCHER LLP

               By:  /s/ Mark A. Kirsch
                  Mark A. Kirsch

               200 Park Avenue, 48th Floor
               New York, New York 10166
               Tel.: (212) 351-2662
               mkirsch@gibsondunn.com

               *Attorneys for UBS AG*