UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

SONTERRA CAPITAL MASTER FUND, LTD., ET AL.,

                PLAINTIFFS,

                V.

BARCLAYS BANK PLC, ET AL.,

                DEFENDANTS.

FRONTPOINT EUROPEAN FUND, L.P., AND RICHARD DENNIS, ET AL.,

                PLAINTIFFS,

              V.

BARCLAYS BANK PLC, ET AL.,

                DEFENDANTS.

No. 15-cv-3538 (VSB)

-----------------------------------------------------------------x

## MOTION FOR WITHDRAWAL OF APPEARANCE

The undersigned counsel is no longer associated with the firm of Gibson, Dunn & Crutcher LLP, and hereby requests that the Court withdraw me as counsel for Defendant UBS AG in the above-captioned action. No substitution of counsel is necessary, as UBS AG continues to be represented in this action by attorneys of record from Gibson, Dunn & Crutcher LLP. UBS AG is aware of and consents to the withdrawal.

Dated: New York, New York
       January 18, 2018

GIBSON, DUNN & CRUTCHER LLP

By:   /s/   *Peter Sullivan*
        Peter Sullivan

200 Park Avenue, 47th Floor
New York, New York 10166
Tel.: (212) 351-5370
psullivan@gibsondunn.com

*Attorneys for UBS AG*