UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SONTERRA CAPITAL MASTER FUND, LTD.,
RICHARD DENNIS, and FRONTPOINT
EUROPEAN FUND, L.P., on behalf of
themselves and all others similarly situated,
                          Plaintiffs,

     -against-

BARCLAYS BANK PLC, COOPERATIEVE
CENTRALE RAIFFEISEN-BOERENLEENBANK
B.A., DEUTSCHE BANK AG, LLOYDS
BANKING GROUP PLC, THE ROYAL BANK
OF SCOTLAND PLC, USB AG, JOHN DOE
NOS. 1-50, and BARCLAYS CAPITAL, INC.,
                          Defendants.
-------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/16/19
```

15 CIVIL 3538 (VSB)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 16, 2019, FrontPoint's motion for substitution is DENIED and, because FrontPoint lacks capacity to maintain this lawsuit, its claims are DISMISSED; accordingly, the case is closed.

**Dated:** New York, New York
          August 16, 2019

                                                    RUBY J. KRAJICK
                                                    Clerk of Court
                                 BY:
                                                    Deputy Clerk