

April 29, 2022

**VIA ECF**
The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Sonterra Capital Master Fund Ltd., et al. v. Barclays Bank PLC, et al.,* No. 15-cv-03538 (VSB)

Dear Judge Broderick:

We represent Plaintiffs in the above-captioned matter.

Plaintiffs and Defendant Deutsche Bank AG ("Deutsche Bank") have recently finalized a stipulation and agreement of settlement. Plaintiffs are now preparing a motion that seeks (1) preliminary approval of their settlement with Deutsche Bank; and (2) approval to send notice of Plaintiffs settlement with Deutsche Bank.

Plaintiffs anticipate filing a motion seeking preliminary approval of their settlement with Deutsche Bank on or before May 27, 2022.

We are available to address any questions Your Honor may have.

                                          Respectfully,

/s/ Vincent Briganti                         /s/ Christopher Lovell
Vincent Briganti                               Christopher Lovell
Lowey Dannenberg, P.C.               Lovell Stewart Halebian Jacobson LLP

cc:    All Counsel of Record (via ECF)

www.lowey.com
44 South Broadway, Suite 1100, White Plains, NY 10601-4459 (p) 914-997-0500 (f) 914-997-0035
One Tower Bridge, 100 Front Street, Suite 520, West Conshohocken, PA 19428 (p) 215-399-4770 (f) 610-862-9777