

June 27, 2022

**VIA ECF**
The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> It is hereby ORDERED that the parties shall file their motion for preliminary approval on or before 7/29/2022. No extension will be granted unless good cause shown.
>
> SO ORDERED:
>
> /s/ Vernon Broderick  06/29/22
> HON. VERNON S. BRODERICK
> UNITED STATES DISTRICT JUDGE

Re: *Sonterra Capital Master Fund Ltd., et al. v. Barclays Bank PLC, et al.,* No. 15-cv-03538 (VSB)

Dear Judge Broderick:

We represent Plaintiffs in the above-captioned matter.

As noted in our letter to the Court, dated May 27, 2022 (ECF No. 255), Plaintiffs and Defendant Deutsche Bank AG ("Deutsche Bank") have finalized a stipulation and agreement of settlement. Plaintiffs are now preparing a motion that seeks (1) preliminary approval of their settlement with Deutsche Bank; and (2) approval to send notice of Plaintiffs settlement with Deutsche Bank.

Plaintiffs anticipate filing a motion seeking preliminary approval of their settlement with Deutsche Bank on or before July 27, 2022.

We are available to address any questions Your Honor may have.

Respectfully,

/s/ Vincent Briganti
Vincent Briganti
Lowey Dannenberg, P.C.

/s/ Christopher Lovell
Christopher Lovell
Lovell Stewart Halebian Jacobson LLP

cc:   All Counsel of Record (via ECF)

www.lowey.com
44 South Broadway, Suite 1100, White Plains, NY 10601-4459 (p) 914-997-0500 (f) 914-997-0035
One Tower Bridge, 100 Front Street, Suite 520, West Conshohocken, PA 19428 (p) 215-399-4770 (f) 610-862-9777