UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD., RICHARD DENNIS, and FRONTPOINT EUROPEAN FUND, L.P., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>BARCLAYS BANK PLC, COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., DEUTSCHE BANK AG, LLOYDS BANKING GROUP PLC, THE ROYAL BANK OF SCOTLAND PLC, UBS AG, JOHN DOE NOS. 1-50, and BARCLAYS CAPITAL, INC.,<br><br>Defendants. | Docket No. 15-cv-3538 (VSB) |

**REPRESENTATIVE PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT WITH DEFENDANT DEUTSCHE BANK AG, SCHEDULING HEARING FOR FINAL APPROVAL THEREOF, AND APPROVAL OF THE PROPOSED FORM AND PROGRAM OF NOTICE TO THE SETTLEMENT CLASS**

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, the Joint Declaration of Vincent Briganti and Christopher Lovell, and the exhibits attached thereto including the Settlement Agreement, and the record herein, Representative Plaintiffs, by and through their undersigned counsel, will respectfully move this Court, before the Honorable Vernon S. Broderick, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, on a date and time to be set by the Court, for an order granting Representative Plaintiffs' motion for preliminary approval of the Settlement Agreement between Representative Plaintiffs and Deutsche Bank AG; and the other relief set forth in the proposed order annexed hereto.

Dated: July 29, 2022

| **LOWEY DANNENBERG, P.C.** | **LOVELL STEWART HALEBIAN JACOBSON LLP** |
|---|---|
| */s/ Vincent Briganti* | */s/ Christopher Lovell* |
| Vincent Briganti | Christopher Lovell |
| Geoffrey Horn | Victor E. Stewart |
| 44 South Broadway | Benjamin M. Jaccarino |
| White Plains, NY 10601 | 500 Fifth Avenue, Suite 2440 |
| Tel.: (914) 997-0500 | New York, NY 10110 |
| Fax: (914) 997-0035 | Tel.: (212) 608-1900 |
| E-mail: vbriganti@lowey.com | Fax: (646) 398-8392 |
| E-mail: ghorn@lowey.com | E-mail: clovell@lshllp.com |
| | E-mail: vstewart@lshllp.com |
| | E-mail: bjaccarino@lshllp.com |

*Counsel for Representative Plaintiffs and the Proposed Class*