UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONTERRA CAPITAL MASTER FUND, LTD., RICHARD DENNIS, and FRONTPOINT EUROPEAN FUND, L.P., on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>       -against-<br><br>BARCLAYS BANK PLC, COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., DEUTSCHE BANK AG, LLOYDS BANKING GROUP PLC, THE ROYAL BANK OF SCOTLAND PLC, UBS AG, JOHN DOE NOS. 1-50, and BARCLAYS CAPITAL, INC.,<br><br>       Defendants. | Docket No. 15-cv-3538 (VSB) |

**NOTICE OF REPRESENTATIVE PLAINTIFFS' MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT WITH DEUTSCHE BANK AG**

**PLEASE TAKE NOTICE** that on November 16, 2023 at 11:00 A.M. (ET), upon the accompanying memorandum of law, the Joint Declaration of Vincent Briganti and Christopher Lovell, the individual declarations filed herewith, and the record herein, Representative Plaintiffs, by and through their undersigned counsel, will respectfully move this Court, before the Honorable Vernon S. Broderick, United States District Judge, at the United States District Court, Southern District of New York, 40 Foley Square, New York, New York, 10007, via telephone (dial-in 888-363-4749 and access code 2682448), for an order granting final approval of the Settlement between Representative Plaintiffs and Deutsche Bank AG, and for such other relief as set forth in the [Proposed] Final Approval Order and the [Proposed] Final Judgment, filed herewith.

Dated: October 5, 2023

Respectfully submitted,

| **LOWEY DANNENBERG, P.C.** | **LOVELL STEWART HALEBIAN JACOBSON LLP** |
|---|---|
| */s/ Vincent Briganti* | */s/ Christopher Lovell* |
| Vincent Briganti | Christopher Lovell |
| Geoffrey Horn | Victor E. Stewart |
| 44 South Broadway, Suite 1100 | Benjamin M. Jaccarino |
| White Plains, NY 10601 | 500 Fifth Avenue, Suite 2440 |
| Tel.: (914) 997-0500 | New York, NY 10110 |
| Fax: (914) 997-0035 | Tel.: (212) 608-1900 |
| E-mail: vbriganti@lowey.com | Fax: (646) 398-8392 |
| E-mail: ghorn@lowey.com | E-mail: clovell@lshllp.com |
| | E-mail: vstewart@lshllp.com |
| | E-mail: bjaccarino@lshllp.com |

*Counsel for Representative Plaintiffs and the Proposed Class*