# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

SONTERRA CAPITAL MASTER FUND, LTD.,
RICHARD DENNIS, and FRONTPOINT EUROPEAN
FUND, L.P., on behalf of themselves and all others
similarly situated,

Plaintiffs,

-against-

BARCLAYS BANK PLC, COOPERATIEVE
CENTRALE RAIFFEISEN-BOERENLEENBANK
B.A., DEUTSCHE BANK AG, LLOYDS BANKING
GROUP PLC, THE ROYAL BANK OF SCOTLAND
PLC, UBS AG, JOHN DOE NOS. 1-50, and
BARCLAYS CAPITAL, INC.,

Defendants.

Docket No. 15-cv-3538 (VSB)

## NOTICE OF PLAINTIFFS' COUNSEL'S MOTION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

**PLEASE TAKE NOTICE** that on November 16, 2023 at 11:00 A.M. (ET), upon the accompanying memorandum of law, the Joint Declaration of Vincent Briganti and Christopher Lovell, the individual declarations filed herewith, the exhibits attached thereto, and the record herein, Plaintiffs' Counsel will respectfully move this Court, before the Honorable Vernon S. Broderick, United States District Judge, at the United States District Court, Southern District of New York, 40 Foley Square, New York, New York, 10007, via telephone (dial-in 888-363-4749 and access code 2682448), for an order granting Plaintiffs' Counsel's Motion for Award of Attorneys' Fees and Reimbursement of Expenses as fair, reasonable, and appropriate, and for such other relief as set forth in the proposed order filed herewith.

Dated: October 5, 2023

Respectfully submitted,

**LOWEY DANNENBERG, P.C.**

**LOVELL STEWART HALEBIAN JACOBSON LLP**


_____/s/ Vincent Briganti_____
Vincent Briganti
Geoffrey Horn
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel.: (914) 997-0500
Fax: (914) 997-0035
E-mail: vbriganti@lowey.com
E-mail: ghorn@lowey.com

_____/s/ Christopher Lovell_____
Christopher Lovell
Victor E. Stewart
Benjamin M. Jaccarino
500 Fifth Avenue, Suite 2440
New York, NY 10110
Tel.: (212) 608-1900
Fax: (646) 398-8392
E-mail: clovell@lshllp.com
E-mail: vstewart@lshllp.com
E-mail: bjaccarino@lshllp.com


*Counsel for Representative Plaintiffs and the Proposed Class*